**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LUMETIQUE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| GANZ USA LLC, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Lumetique, Inc. ("Lumetique") hereby files this Complaint against Defendant Ganz USA LLC ("Defendant" or "Ganz") for infringement of U.S. Patent Nos. 8,961,171 (the "'171 Patent"); D705,459 (the "'459 Patent"); and D644,359 (the "'359 Patent") (collectively, "Patents-In-Suit").

## PARTIES

1. Lumetique, Inc. is a Delaware corporation with its principal place of business at 1440A South Coast Highway, Laguna Beach, CA 92651.

2. Upon information and belief, Defendant Ganz USA LLC is a limited liability company organized under the laws of Delaware with its principal place of business at 140 Colony Center Drive, Suite 100, Woodstock, Georgia 30188.

## JURISDICTION AND VENUE

3. This lawsuit is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq.*  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

4.     Upon information and belief, Defendant is subject to personal jurisdiction in this Court because it is currently doing and has done substantial business in this judicial district, including committing acts of patent infringement in this judicial district and elsewhere in the United States and regularly doing business or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from products and/or services provided to individuals in this judicial district and in this State.

5.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(b) because Defendant regularly conducts business in this judicial district, has a regular and established places of business in this judicial district, and/or because certain of the acts complained of herein occurred in this judicial district.

## PATENTS-IN-SUIT

6.     Lumetique is the owner by assignment of U.S. Patent No. 8,961,171, entitled "Candle Having a Planar Wick and Method of and Equipment for Making Same," duly and legally issued on February 24, 2015.  The '171 Patent is appended hereto as Exhibit A.

7.     Lumetique is the owner by assignment of U.S. Design Patent No. D705,459, entitled "Candle or Oil Lamp having a Planar or Bent Planar Wick," duly and legally issued on May 20, 2014.  The '459 Patent is appended hereto as Exhibit B.

8.     Lumetique is the owner by assignment of U.S. Design Patent No. D644,359, entitled "Candle Having a Planar Wick," duly and legally issued on August 30, 2011.  The '359 Patent is appended hereto as Exhibit C.

## FIRST CLAIM FOR RELIEF

**(Infringement of U.S. Patent No. 8,961,171)**

9.     Upon information and belief, Defendant manufactures, imports, offers for sale,

and/or sells certain candle products that infringe at least claim 1 of the '171 Patent.  For example, upon information and belief, Defendant manufactures, imports, offers for sale, and/or sells certain candle products, including the "Crackling Wick™" series of candles.

10.     Specifically, Ganz's "Crackling Wick™" series of candles includes at least one candle comprising a solid planar wick member and a body of meltable fuel.  At least one of Ganz's "Crackling Wick™" candles has a solid planar wick member with a height dimension of approximately 3 inches, a width dimension of approximately 0.52 inches, and a thickness dimension of approximately 0.02 inches.  Furthermore, the height dimension of the solid planar wick member is greater than the width dimension and extends from a base of the candle to a top surface of the body of meltable fuel.  Additionally, the width dimension is greater than the thickness dimension and the thickness dimension is between 0.018 to 0.23 inches.  On information and belief, the solid planar wick member is made of natural wood, which comprises (1) cellulose and lignin (2) generally straight grains extending substantially in the height dimension, and (3) a moisture content of from 6 to 14%.  When the candle is lit, the solid planar member emits an acoustic crackling sound.

11.     On information and belief, the infringement by Defendant has been willful.

12.     Defendant was made aware of the family of patents to which the '171 patent belongs as of at least February 13, 2009.  On information and belief, therefore, Defendant has known of the '171 patent, and its actions resulting in infringement of the '171 patent have been objectively reckless.

13.     Lumetique has been irreparably damaged by such infringement and will continue to be irreparably damaged by such infringement unless enjoined by the Court.

## SECOND CLAIM FOR RELIEF

### (Infringement of U.S. Design Patent No. D705,459)

14.     Upon information and belief, Defendant manufactures, imports, offers for sale, and sells certain candle products that infringe the '459 patent.  For example, upon information and belief, Defendant manufactures, imports, offers for sale, and sells certain candle products, including the "Crackling Wick™" series of candles.  The following exemplary comparison of Defendant's "Crackling Wick™" series of candle product with the patented design further demonstrates infringement:



**Fig. 5**

15.     On information and belief, the infringement by Defendant has been willful.

16.     Defendant was made aware of the family of patents to which the '459 patent belongs as of at least February 13, 2009.  On information and belief, therefore, Defendant has known of the '459 patent, and its actions resulting in infringement of the '459 patent have been objectively reckless.

17.     Lumetique has been irreparably damaged by such infringement and will continue to be irreparably damaged by such infringement unless enjoined by the Court.

### THIRD CLAIM FOR RELIEF

**(Infringement of U.S. Design Patent No. D644,359)**

18.     Upon information and belief, Defendant manufactures, imports, offers for sale, and sells certain candle products that infringe the '359 patent (as demonstrated below). For example, upon information and belief Defendant manufactures, imports, offers for sale, and sells certain candle products, including the "Crackling Wick™" series of candles.  The following exemplary comparison of Defendant's "Crackling Wick™" series of candle product with the patented design further demonstrates infringement:



5



*Fig.4*     *Fig.8*

19.     On information and belief, the infringement by Defendant has been willful.

20.      Defendant was made aware of the family of patents to which the '359 patent belongs as of at least February 13, 2009.  On information and belief, therefore, Defendant has known of the '359 patent, and its actions resulting in infringement of the '359 patent have been objectively reckless.

21.     Lumetique has been irreparably damaged by such infringement and will continue to be irreparably damaged by such infringement unless enjoined by the Court.

## REQUEST FOR A JURY TRIAL

22.     Lumetique requests a jury trial of all issues in this action so triable.

## PRAYER FOR RELIEF

WHEREFORE, Lumetique prays for the following relief:

(a) That Defendant be ordered to pay damages adequate to compensate Lumetique for Defendant's infringement of each of the Patents-In-Suit pursuant to 35 U.S.C. § 284;

(b) That Defendant be ordered to pay attorneys' fees pursuant to 35 U.S.C. § 285 for each of the Patents-In-Suit;

(c) That Defendant be ordered to pay increased and treble damages for Defendant's willful infringement of each of the Patents-In-Suit pursuant to 35 U.S.C. § 284;

(d) That Defendant, its officers, agents, servants, employees, and those persons acting in active concert or in participation with it be enjoined from further infringement of each of the Patents-In-Suit pursuant to 35 U.S.C. § 283;

(e) That Defendant be ordered to pay prejudgment interest;

(f) That Defendant be ordered to pay all costs associated with this action; and

(g) That Lumetique be granted such other and additional relief as the Court deems just and proper.

Dated:  February 9, 2016                      RESPECTFULLY SUBMITTED,

                                               */s/ Chad S.C. Stover*
                                               Chad S.C. Stover (No. 4919)
                                               BARNES & THORNBURG LLP
                                               1000 N. West Street, Suite 1500
                                               Wilmington, Delaware 19801-1050
                                               Telephone: (302) 300-3474
                                               Facsimile: (302) 300-3456
                                               E-mail:  Chad.Stover@btaw.com

                                               Eric W. Schweibenz
                                               Andrew M. Ollis
                                               Thomas C. Yebernetsky
                                               OBLON, McCLELLAND, MAIER &
                                                    NEUSTADT, L.L.P.
                                               1940 Duke Street
                                               Alexandria, Virginia  22314
                                               Telephone: (703) 413-3000
                                               Facsimile: (703) 413-2220
                                               E-mail: eschweibenz@oblon.com
                                               E-mail: aollis@oblon.com
                                               E-mail: tyebernetsky@oblon.com

                                               *Attorneys for Plaintiff Lumetique, Inc.*